MILDRED BELL, an Infant, etc., and Others, Respondents, v. YELLOW TAXI CORPORATION, Defendant, and UNITED STATES TRUCKING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JULIUS BICHOVSKY, Respondent, v. M. & J. GARAGE, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JACOB BRODSKY, Respondent, v. BROWNSVILLE SAVINGS BANK, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

CITY TRUST COMPANY, Respondent, v. HARRY GOLDBERG, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ANGELINA DIAB, Respondent, v. TRI STATE DISCOUNT Co., INC., and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

HARRY FEIGENBAUM and Another, Appellants, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MAX HANDLER, Respondent, v. JOSEPH SHANNON, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MAX HANDLER, Respondent, v. JOSEPH SHANNON, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

GEORGE J. HOGAN, Respondent, v. JERRY SRULLYFOLB, etc., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

HELEN HOGAN, Respondent, v. JERRY SRULLYFOLB, etc., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of DAVID ZIRINSKY, an Attorney and Counselor at Law.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell and Davis, JJ.; Kapper, J., not voting.

LAUREL HILL ESTATES, INC., Respondent, v. IRVING STEINBERG, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

F. AREZZO LUPIS, Respondent, v. SWITZERLAND GENERAL INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MALCO TRADING CORPORATION, Appellant, v. ISIDORE ALBERT and DAVID FEINERMAN, Tenants, Respondents; ALBFEIN INTERIOR DECORATORS, INC., Undertenant, Respondent.— Motion for leave to appeal to the Appellate Division